## ORDER

Let the Writ Issue.

DATED: September 24, 2018

_____
Honorable Susan D. Wigenton
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of **Mid-State Correctional Facility**

WE COMMAND YOU that you have the body of

### Quame Herd SBI#: 000245693E

now confined at Mid-State Correctional Facility, Trenton, New Jersey, brought before the United States District Court, before the Honorable Susan D. Wigenton United States District Judge, in the United States District Court, Martin Luther King Jr. Courthouse Building, 50 Walnut Street, Courtroom 5C, Newark, New Jersey 07102, on **October 4, 2018,** so that the Detainee may appear for **a Plea Hearing at 11:30 a.m.**

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: September 24th, 2018        WILLIAM T. WALSH
                                   Clerk of the U.S. District Court
                                   for the District of New Jersey

                                   Per: _____
                                   Deputy Clerk

- 3 -

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## UNITED STATES v. Quame Herd – Mag. No. 18-3523

PETITION FOR
WRIT OF HABEAS CORPUS

( **X** ) Ad Prosequendum ( ) Ad Testificandum

1. **Quame Herd SBI#: 000245693E**, (hereinafter the "Detainee") is now confined at Mid-State Correctional Facility, Fort Dix, New Jersey.

2. The Detainee is charged in this District by: ( ) Indictment   ( ) Information (**X**) Complaint with a violation of 21 U.S.C § 841.

3. The Detainee will be required to appear at the United States District Court, Martin Luther King Jr. Courthouse Building, 50 Walnut Street, Courtroom 5C, Newark, New Jersey 07102, **for a Plea Hearing at 11:30 a.m. in front of the Honorable Susan D. Wigenton, United States District Judge on October 4, 2018**, in the above-captioned case.  A Writ of Habeas Corpus should be issued for that purpose.

4. The Detainee will be returned to the custody of the detaining facility upon termination of that day's proceedings.

DATED: September 20, 2018

/s/_____
ELAINE K. LOU
Assistant U.S. Attorney
Petitioner